IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL MILLIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-320-JPG-CJP |
| ) | |
| ) | |
| BOARD OF TRUSTEES, SOUTHERN ) | |
| ILLINOIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Board of Trustees, Southern Illinois University, and against plaintiff Samuel Milligan.

**DATED: June 30, 2010**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                        **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**